United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT

MAY 0 7 2008

SOUTHERN DISTRICT OF TEXAS

Michael N. Milby, Clerk

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. H-08- |
| | § | |
| JEREMY V. PINSON, | § | H 08 283 |
| DEFENDANT | § | |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES THAT:

### INTRODUCTION

1. On or about April 2, 2007, defendant Pinson was sentenced in the United States District Court for the Western District of Oklahoma to five years in federal prison for his felony conviction of threatening the life of the President of the United States.

### COUNT ONE
### MAILING THREATENING COMMUNICATIONS
### 18 U.S.C. 876

2. On or about August 21, 2007, in the Houston Division of the Southern District of Texas,

**JEREMY V. PINSON,**

defendant herein, did knowingly deposit in a United States Post Office or other authorized depository for U.S. mail matter, a letter to be sent and delivered by the U.S. Postal Service according to the directions thereon, addressed to the Agent-in-Charge of the Houston office of the United States Secret Service, and which contained a theat to seriously injure and/or kill a particular Special Agent of the Secret Service; being more specifically that defendant Pinson wrote and mailed a letter from

his place of incarceration, being the Federal Detention Center in Houston Texas, to the Houston office of the U.S. Secret Service, wherein he threatened to injure and /or kill Special Agent L. Bynum.

In violation of Title 18, United States Code, Section 876.

Returned a True Bill:

ORIGINAL SIGNATURE ON FILE
Foreperson of the Grand Jury

Approved:
Donald J. DeGabrielle, Jr.,
United States Attorney,
Southern District of Texas

By: _____  5-7-08
Mike Schultz,
Assistant United States Attorney