## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA          §
                                  §
                                  §
                                  §
VS.                               §          CRIMINAL  NO. H-08-283
                                  §
                                  §
JEREMY V. PINSON                  §

# O R D E R

Defendant made an oral unopposed motion for continuance at the motion hearing held on July 10, 2008.   The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **October 6, 2008** |
| Responses to be filed by: | **October 20, 2008** |
| Pretrial conference is reset to**: | **October 27, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 3, 2008**, at 9:00 a.m. |

SIGNED on July 10, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge