# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-08-283 |
| JEREMY V. PINSON | § | |

# O R D E R

Defendant Pinson's motion for self-representation is withdrawn. Pinson orally moved for relief from conditions of confinement so restrictive as to interfere with his ability to communicate with his attorney. Pinson's specific complaints included the opening of clearly marked "legal mail" to and from his lawyer. A hearing is set for **August 15, 2008, at 8:30 a.m.**, to address Pinson's concerns. A representative of the Federal Detention Center is requested to be present at that hearing, prepared to provide information about restrictions on Pinson's communications with counsel.

SIGNED on July 11, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge