Southern District of Texas
FILED

*June 10, 2020*
........

David J. Bradley, Clerk of Court

## Declaration of Ryan Forrest

I declare under penalty of perjury the following is true:

1. On 5-28-20 my cellmate, Jeremy Pinson, asked me to witness something. She allowed me to read a written request for compassionate release and stated the government was lying about her exhaustion efforts.

2. Warden Barbara von Blanckensee was handed the written request in front of me that day. Blanckensee read the request, stated "I dont handle this, the Courts do that" and then slid the request under the cell door and walked off.

3. I too have experienced this indifference. When I handed one to my unit manager M. County he said "I can tell you theyre gonna tell you to fuck off."

4. I have asked medical staff about testing for COVID-19 and they say noone in USP Tucson will be tested.

Executed under 28 U.S.C. 1746.

Ryan Forrest 08567-036