Case 4:08-cr-00283  Document 131  Filed on 06/10/20 in TXSD  Page 1 of 1

United States Courts
Southern District of Texas
FILED
June 10, 2020
David J. Bradley, Clerk of Court

Declaration of ~~Toty~~ Coty Waters

I declare the following true under penalty of perjury:

1. I was Jeremy Pinson's cell mate when she handed a written request for compassionate release relating to COVID-19 on March 26, 2020 the day President Trump declared a national emergency, to Warden Blanckensee.

2. That same date she wrote one for me and I also handed mine to Warden Blanckensee.

3. Any representation she did not seek relief from the Warden is untrue. Further, no inmates here have been tested for COVID-19 at all.

Executed under 28 U.S.C. 1746.

Coty Waters # 24364-408